NO. 01-14-00082-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON, TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 22 2015

CHRISTOPHER A. PRINE

CLERK

---

MARY LYNN KANTARA GERKE

v.

JAMIL JAMES KANTARA

---

**APPELLANT'S MOTION REQUESTING THE COURT TO ORDER**

**APPELLANT'S ATTORNEY TO REBRIEF HER CASE**

---

TO THE HONORABLE COURT OF APPEALS:

Comes now, Mary Lynn Kantara Gerke, pro se, and asks this Honorable Court to order appellant's attorney to resubmit her brief to include a specific request within her conclusion and prayer, that the trial court's findings that Ms. Kantara Gerke's case was frivolous and for the purposes of harassment be voided and in support would show:

1. This issue is clearly spelled out within appellant's *First Supplemental Request For Partial Record And Statement Of The Issues* filed October 24,

-1-

2014 (3rd Supplemental Clerk's Record, Page 46)

2. Ms. Tomlinson filed a brief in this case on January 9, 2015 which was accepted on January 12, 2015. Within the brief, she failed to include a specific request within her conclusion and prayer, seeking to void the trial court's findings that Ms. Kantara Gerke's case was frivolous and for the purposes of harassment.

3. Ms. Kantara Gerke's is unsure why this was omitted, but there have been concerns related to Ms. Tomlison's desire to withdraw from this case. Ms. Kantara Gerke believes she had made it clear to her attorney that this issue was important to her and should be included. Ms. Kantara Gerke is not an attorney and wants to be sure she does not lose an issue, important to her, on a technical error.

4. Ms. Tomlinson has already made the arguments to support the request that the findings of frivolous and harassment should be voided. (Issue #2, Section B of her brief)

5. Ms. Kantara Gerke believes the additional request is important, meritorious and not frivolous in nature and deserves to be included in the interest of justice and for the welfare of the children.

6. Appellant's attorney will be only minimally burdened by the granting of this request, because the requested change can be added and the document

-2-

resubmitted electronically. While not an attorney, Ms. Kantara Gerke believes the arguments on the issue are already presented within the brief Ms. Tomlinson filed.

7. Appellee will not be harmed by the granting of this motion, because appellee has submitted a reply brief and addressed this issue directly. (*Jamil "James" Kantara's Reply Brief*, filed January 7, 2015, pages 36-39)

8. Ms. Kantara Gerke believes this Honorable Court has authority to grant this motion under TRAP in particularly TRAP 38.9(b).

Mary Lynn Kantara Gerke asks this Honorable Court to order Ms. Tomlinson to resubmit her brief in this case to include an explicit request within her conclusion and prayer, concerning the voiding of the findings of frivolous and harassment. In the alternative, Mary Lynn Kantara Gerke respectfully requests that this Honorable Court accept this motion by Ms. Kantara Gerke as a supplemental request to Ms. Tomlinson's filed brief that in addition to the conclusion and prayer already filed, that *"Mary Lynn Kantara Gerke requests that this Honorable Court vacate the findings that Mary Lynn Kantara Gerke's suit was frivolous and for the purposes of harassment and that said findings are void"*. Ms. Kantara Gerke asks for any other relief she may be entitled to in law or in equity.

Respectfully submitted,

*M. L. Kantara Gerke*

Mary Lynn Kantara Gerke, pro se
707 Almond Pointe
League City, TX 77573
Tel: (281) 332-8858
Fax: (281) 290-0004

## CERTIFICATE OF SERVICE

On January 20, 2015 a copy of *APPELLANT'S MOTION REQUESTING THE COURT TO ORDER APPELLANT'S ATTORNEY TO REBRIEF HER CASE* was served, in compliance with Texas Rules of Appellate Procedure 9.5 and 25.1(e), on the following in the manner listed below:

*M. L. Kantara Gerke*

Mary Lynn Kantara Gerke, pro se
707 Almond Pointe
League City, TX 77573
Tel: (281) 332-8858
Fax: (281) 290-0004

Ashley V. Tomlinson, Attorney At Law             *Via fax*
1800 St. James Place, Suite 620
Houston, Texas 77056
Phone: (713) 600-1717
Fax: (713) 600-1718

Mr. Wilfred Schmitz, Attorney At Law             *Via fax*
17040 El Camino Real, Suite 400
Houston, Texas 77058
Attorney of record for Mr. Kantara
Phone: (281) 486-5066
Fax: (281) 486-2041

Honorable Christopher A. Prine, Clerk of the Court    By *Mail*
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

-4-

USPS TRACKING NUMBER

9505 5000 1983 5020 0007 18

U.S. POSTAGE
$5.75
PM 1-DAY
77573 0006
Date of sale
01/20/15
06  2S00
A69160 R1000334  08349756
SSK

Expected Delivery
01/21/2015

MARY LYNN KANTREA GEBUE
707 ALMOND POINTE
LEAGUE CITY, TX 77573

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 22 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

HONORABLE CHRISTOPHER A. PRINE
CLERK OF THE COURT
FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TX 77002-2066

REF: #01-14-00082-CV